**Order entered December 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01364-CV

### UHS OF TIMBERLAWN, INC. D/B/A TIMBERLAWN PSYCHIATRIC HOSPITAL, Appellant

### V.

### OPAL SMITH, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19165**

## ORDER

Before the Court is the December 13, 2019 request of court reporter Melissa Maxwell for an extension of time to file the reporter's record. We **GRANT** the request **to the extent** that the reporter's record shall be filed by **January 6, 2020**. We caution Ms. Maxwell that further extension requests in this accelerated appeal will be disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to Thu Bui, Official Court Reporter for the 101st Judicial District Court; Ms. Maxwell; and all parties.

/s/    KEN MOLBERG
       JUSTICE